IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHAWN HOLLIMAN,

                    Plaintiff,                                    OPINION AND ORDER

        v.
                                                                    21-cv-341-wmc
LINDSEY JOHNSON and
C/O SERGENT JANE DOE,

                    Defendants.

---

*Pro se* plaintiff Shawn Holliman alleges that defendants acted with deliberate indifference and were negligent in response to his threats of self-harm and to his resulting medical needs.  At the telephonic preliminary pretrial conference on July 20, 2022, Holliman told the court that he had learned the name of his Doe defendant.  Judge Crocker directed Holliman to file an amended complaint that provided this defendant's true name.  (Dkt. #25.)  Three months later, Holliman still had not identified his Doe defendant.  The court gave Holliman until November 15, 2022, to do so, and that deadline has also passed.  (Dkt. #28.)  Accordingly, Jane Doe will be dismissed from this lawsuit.

ORDER

        IT IS ORDERED that plaintiff Shawn Holliman's claims against defendant C/O Sergent Jane Doe are DISMISSED.

        Entered this 23rd day of November, 2022.

                                        BY THE COURT:

                                        /s/
                                        _____
                                        WILLIAM M. CONLEY
                                        District Judge